# United States District Court

DISTRICT OF MASSACHUSETTS

METROPOLITAN LIFE INSURANCE COMPANY

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

DONNA M. NOLAN, ET AL.

04 12420 RGS

TO: (Name and address of defendant)

Jessie-Jean Petkus
22 Durant Road
South Weymouth, MA 02190

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James F. Kavanaugh, Jr., and Constance M. McGrane, Conn Kavanaugh Rosenthal Peisch & Ford, LLP, Ten Post Office Square, Boston, MA 02109

an answer to the complaint which is herewith served upon you, within ____twenty____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

NOV 15 2004
DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE December 9, 2004 |
| NAME OF SERVER (PRINT) Thomas C. Hyslop | TITLE Process Server & Disinterested Person |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 32 Durant Road, Weymouth, MA @ 5:32 PM

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 27.00 | TOTAL 27.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 9, 2004
Date

Signature of Server
Process Server & Disinterested Person
92 State Street, Boston, MA 02109
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.