UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 12420-RGS

METROPOLITAN LIFE INSURANCE COMPANY,

      Plaintiff

Vs.

DONNA M. NOLAN and JESSIE-JEAN PETKUS,

      Defendants

NOW COMES the Defendant, Jessie-Jean Petkus, and answers Plaintiff's Complaint For Interpleader as follows:

1. Admit
2. Admit
3. Admit
4. Admit
5. Admit
6. Admit
7. Admit
8. Admit
9. Defendant is without sufficient information to either admit, nor deny and calls upon Plaintiff to prove same.
10. Admit
11. Defendant is without sufficient information to either admit, nor deny and calls upon Plaintiff to prove same.
12. Defendant is without sufficient information to either admit, nor deny and calls upon Plaintiff to prove same.

13. Defendant is without sufficient information to either admit, nor deny and calls upon Plaintiff to prove same.
14. Admit
15. Admit
16. Defendant is without sufficient information to admit, nor deny and calls upon Plaintiff to prove same.
17. Denied.

_____
JESSIE-JEAN PETKUS

DATE: 12/15/04