UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12420-RGS

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, <br>     Plaintiff <br><br> v. <br><br> DONNA M. NOLAN, <br> JESSIE-JEAN PETKUS <br>     Defendants | ) ) ) ) ) ) ) ) ) ) |

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

Counsel for the interpleader plaintiff, Metropolitan Life Insurance Company ("MetLife"), hereby certifies that she has conferred with counsel for the defendant, Donna M. Nolan, and counsel for the defendant, Jessie-Jean Petkus, and has attempted in good faith to resolve or narrow the issues implicated by Metropolitan Life Insurance Company's Motion for Leave to Deposit Money Into Court, to Dismiss and to Recover Attorneys' Fees and Costs.

                                                METROPOLITAN LIFE INSURANCE
                                                COMPANY
                                                By its attorneys,

                                                /s/ Constance M. McGrane
                                                James F. Kavanaugh, Jr. (BBO#262360)
                                                Constance M. McGrane (BBO#546745)
                                                Conn Kavanaugh Rosenthal Peisch & Ford, LLP
                                                Ten Post Office Square
                                                Boston, MA 02109
                                                617-482-8200

DATED: January 12, 2005

2

**CERTIFICATE OF SERVICE**

    I, Constance M. McGrane, hereby certify that on this date I served a true and accurate copy of the foregoing document on all parties by mailing a copy thereof, postage prepaid, to:

James A. MacRitchie, Esq.
21 McGrath Highway, Suite 303
Quincy, MA 02164


Kenneth J. DiFazio, Esq.
119 Broad Street
P.O. Box 422
Weymouth, MA 02188-0003

                                    /s/ Constance M. McGrane
                                    Constance M. McGrane


Dated: January 12, 2005


217435.1