UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12420-RGS

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, </br>    Plaintiff </br> </br> v. </br> </br> DONNA M. NOLAN, </br> JESSIE-JEAN PETKUS </br>    Defendants | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## CERTIFICATION PURSUANT TO LR 16.1(D)(3)

Defendant Metropolitan Life Insurance Company ("MetLife"), by its attorney and an authorized representative, hereby certifies as follows: (1) MetLife and its counsel have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation; (2) MetLife and its counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

/s/ Alison Wiland  
Alison Wiland, Esq.  
Legal Department  
Metropolitan Life Insurance Company  
27-01 Queens Plaza North  
Long Island City, NY  11101-4015  

/s/ Constance M. McGrane  
James F. Kavanaugh, Jr. (BBO #262360)  
Constance M. McGrane (BBO #546745)  
Counsel for MetLife  
CONN KAVANAUGH ROSENTHAL  
  PEISCH & FORD, LLP  
Ten Post Office Square  
Boston, MA  02109  

Dated: January 12, 2005

## **CERTIFICATE OF SERVICE**

  I, Constance M. McGrane, hereby certify that on this date I served a true and accurate copy of the foregoing document on all parties by mailing a copy thereof, postage prepaid, to:

James A. MacRitchie, Esq.
21 McGrath Highway, Suite 303
Quincy, MA 02164


Kenneth J. DiFazio, Esq.
119 Broad Street
P.O. Box 422
Weymouth, MA 02188-0003

             /s/ Constance M. McGrane
             Constance M. McGrane


Dated: January 12, 2005


217433.1