UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12420-RGS

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, <br>     Plaintiff <br><br> v. <br><br> DONNA M. NOLAN, <br> JESSIE-JEAN PETKUS <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**STATEMENT OF METROPOLITAN LIFE INSURANCE COMPANY
FOR SCHEDULING CONFERENCE**

Metropolitan Life Insurance Company ("MetLife") submits the following statement for the Scheduling Conference set for January 26, 2005.

(1) MetLife served the interpleader defendants' counsel with a Motion for Leave to Deposit Money Into Court, to Dismiss and to Recover Attorneys' Fees and Costs ("Motion to Deposit") on January 12, 2005. Counsel for Petkus, Kenneth DiFazio, has indicated to MetLife's counsel that she will not object to the motion. Counsel for Nolan, James A MacRitchie, has not yet determined whether she will file an opposition to the motion.

(2) If the Motion to Deposit is allowed, MetLife will only be involved in the case insofar as it will deposit the Proceeds into the Registry of the Court, and file any necessary affidavit for attorneys' fees and expenses.

(3) The interpleader defendants need to proceed with the remaining tasks of the Notice of Scheduling Conference, including discussion of settlement proposals, development of a joint discovery plan and schedule for the remainder of the case.

(4) MetLife provided counsel for the interpleader defendants with a proposed Joint Statement regarding the scheduling conference. In it, MetLife proposed that the Court schedule the Motion to Deposit as soon as reasonably convenient for the Court, to permit MetLife to deposit the Proceeds in an interest bearing account with the Registry of the Court.

(5) In the event the Motion to Deposit is allowed, the interpleader defendants will need to develop a joint discovery plan and schedule for filing of motions without the participation of MetLife.

(6) Although counsel for interpleader defendant Jessie-Jean Petkus, Kenneth DiFazio, Esq., has identified himself as the attorney for Jessie-Jean Petkus, he has not yet entered an appearance in this case.

(7) In response to the proposed Joint Statement, James MacRitchie, Esq., attorney for interpleader defendant, Donna Nolan, left a voice mail with MetLife's counsel on January 19, 2005. The voice mail indicated that Kenneth DiFazio, attorney for interpleader defendant, Jessie-Jean Petkus, had agreed that the interpleader defendants would have a joint discovery plan of four (4) months for discovery, with a deadline of two (2) months after that for dispositive motions. The message also indicated that the interpleader defendants were receptive to discussing Alternative Dispute Resolution ("ADR").

(8) As an interpleader plaintiff, MetLife does not expect to participate as a party in discovery or in ADR regarding the dispute as to the beneficiaries of the life insurance policy.

(9) MetLife proposes that the following agenda be used for the Scheduling Conference:

1. Discussion of Motion to Deposit and Schedule for any Hearing on Motion to Deposit
2. Schedule for Subsequent Scheduling Conference after Motion to Deposit is heard.

(10) MetLife has filed separately its Certification of Consultation Pursuant to LR 16.1 (D)(3).

          Respectfully Submitted:

          METROPOLITAN LIFE INSURANCE COMPANY,
          By its attorneys,

          /s/ Constance M. McGrane
          James F. Kavanaugh, Jr. BBO#262360
          Constance M. McGrane BBO#546745
          Conn Kavanaugh Rosenthal Peisch & Ford, LLP
          Ten Post Office Square
          Boston, MA 02109
          617-482-8200

## CERTIFICATE OF SERVICE

    I, Constance M. McGrane, hereby certify that on this date I served a copy of the foregoing on all parties by mailing a copy thereof, postage prepaid, to:

James A. MacRitchie, Esq.
21 McGrath Highway, Suite 303
Quincy, MA 02164

Kenneth J. DiFazio, Esq.
119 Broad Street
P.O. Box 422
Weymouth, MA 02188-0003

                                                                                     /s/ Constance M. McGrane
                                                                                     Constance M. McGrane

DATED: January 21, 2005

218393.1