UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 12420-RGS

FILED
IN CLERKS OFFICE

2005 FEB 15 P 12: 33

U.S. DISTRICT COURT
DISTRICT OF MASS

METROPOLITAN LIFE INSURANCE COMPANY,
Plaintiff

Vs.

DONNA M. NOLAN and JESSIE-JEAN PETKUS,
Defendants

## ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE

NOW COMES Attorney Kenneth J. DiFazio, and hereby states that on behalf of the Defendant, Jessie-Jean Petkus, that the Scheduling Conference currently scheduled for Thursday, February 17, 2005 at 10:45 A.M. be respectively continued to a date at the court's earliest convenience.

Respectfully submitted
On Behalf of Defendant:
Jessie-Jean Petkus

_____
Kenneth J. DiFazio
BBO #556451
119 Broad Street
Weymouth, MA 02188

Respectfully submitted,
On Behalf of Plaintiff
Metropolitan Life Insurance
Company

_____
Constance M. McGrane
BBO #546745
Conn Kavanaugh Rosenthal
Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109

Respectfully submitted
On Behalf of Defendant
Donna M. Nolan

_____
Joseph A. MacRitchie
BBO #312450
21 McGrath Highway, Suite 303
Quincy, MA 02169