UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 12420-RGS

METROPOLITAN LIFE INSURANCE COMPANY,

Plaintiff

Vs.

DONNA M. NOLAN and JESSIE-JEAN PETKUS,

Defendants

### NOTICE OF APPEARANCE

NOW COMES Attorney Kenneth J. DiFazio, and hereby files his appearance on behalf of the Defendant, Jessie-Jean Petkus, in the above-captioned matter.

Respectfully submitted,
Jessie-Jean Petkus

By her attorney:

Kenneth J. DiFazio
BBO #556451
119 Broad Street
Weymouth, MA 02188
(781) 335-2121

Date: 2-11-05