UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12420-RGS

METROPOLITAN LIFE INSURANCE )
COMPANY, )
      Plaintiff )
)
)
v. )
)
DONNA M. NOLAN, )
JESSIE-JEAN PETKUS )
      Defendants )

ORDER

1.      Pursuant to Fed. R. Civ. P. 67 and Local Rule 67.2, Metropolitan Life Insurance Company ("MetLife") may deposit the life insurance proceeds at issue in this case ("Proceeds") with the Registry of the Court into an interest bearing account. The Proceeds shall be made payable to "Clerk, United States District Court," shall be placed in the Court's account, and shall be distributed only as further ordered by this Court.

2.      MetLife's liability under The KeySpan Employee Welfare Plan ("Plan") shall be fully discharged upon such deposit.

3.      Pursuant to 29 U.S.C. §2361, defendants and their representatives, including Donna Nolan's children, are restrained from instituting or prosecuting, in any other state or federal court, any proceeding against MetLife, KeySpan Corporation, or the Plan with respect to the Proceeds;

4.      Upon MetLife's deposit of the Proceeds with the Court, MetLife, KeySpan Corporation and their related companies and the Plan are discharged from any liability relating to the

Proceeds including, without limitation, the counterclaim brought by Donna M. Nolan, and shall

be dismissed with prejudice from this action; and

5.     MetLife is awarded its attorneys' fees and costs in the amount of $7,217.87 to be paid

from the Proceeds deposited with the Registry of the Court.

_Richard G. Stearns_

Judge Richard G. Stearns

Dated: **3-16-05**.

219438.1

2