UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO 04-12420-RGS

METROPOLITAN LIFE INSURANCE COMPANY, )
                             Plaintiff )
)
v. )
)
DONNA M. NOLAN, )
JESSIE-JEAN PETKUS, )
                           Defendants )

### Motion of the Defendant, Donna Nolan, for the Distribution of Undisputed Life Insurance Proceeds

Now comes the Defendant, Donna Nolan, and moves pursuant to Local Rule 67.3, that this Honorable Court enter an Order authorizing the distribution of that portion of the life insurance proceeds which are not in dispute, to her.

The amount which the Defendant Nolan asserts are not in dispute is one-half of all available proceeds which were paid into the Court, less those fees ordered to be paid to counsel to the Plaintiff, on or about March 17, 2005.

In support of this Motion, the Defendant, Donna Nolan, states as follows:

1. This is an interpleader action filed by Metropolitan Life Insurance Company to determine the proper disposition of a life insurance policy on the life of James J. Petkus ("Decedent") issued by Metropolitan (Complaint, Paragraph 1 and 2).

2. The Defendant, Donna Nolan, provided to Metropolitan evidence of a March 20, 1984 designation as the sole beneficiary under the policy, which designation was on file with the Plan at Boston Gas Company, the predecessor of Keyspan (Complaint, Paragraph 6 and 11).