UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-12420-RGS

Metropolitan Life Insurance Company,
                      Plaintiff

vs.

Jessie-Jean Petkus,
Donna M. Nolan,
                Defendants

**Motion of the Defendant,
Donna M. Nolan,
for Summary Judgment**

    The Defendant, Donna M. Nolan, moves that this Honorable Court enter Summary Judgment in her favor pursuant to Rule 56 of the Federal Rules of Civil Procedure on the grounds that there is no genuine issue as to any material fact and that she is entitled to a judgment in her favor as a matter of law.

    This motion is supported by an accompanying Memorandum of law.

                                        DONNA M. NOLAN
                                        By her attorney,

                                        Joseph A. MacRitchie, Esq.
                                        21 McGrath Highway, Suite 303
                                        Quincy, MA  02169
                                          Telephone (617) 770-2115

Dated August 22, 2005                       BBO No.  312450