UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-12420-RGS

**Metropolitan Life Insurance Company**
**Plaintiff**

vs.

**Jesse-Jean Petkus,**
**Donna M. Nolan,**
          **Defendants**

### DEFENDANT, JESSE-JEAN PETKUS'S OPPOSITION TO DEFENDANT, DONNA M. NOLAN'S MOTION FOR SUMMARY JUDGMENT

    The Defendant, Jesse-Jean-Petkus, moves that this Honorable Court deny Defendant, Donna M. Nolan's Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure on the grounds that there does exist genuine issues of both material fact and law.

    This opposition is supported by an accompanying Memorandum of Law.

                                            JESSE-JEAN-PETKUS
                                            By her Attorney,

                                            Kenneth J. DiFazio, Esq.
                                            119 Broad Street
                                            Weymouth, MA 02188
                                            (781) 335-2121
                                            BBO No. 556451

Dated: September 6, 2005

Office of
KENNETH J. DI FAZIO
Attorney At Law
PO Box 422
WEYMOUTH, MA 02188
(781)335-2160