UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**METROPOLITAN LIFE INSURANCE CO.**

      **V.**           **CIVIL ACTION NO. 04-12420-RGS**

**JESSIE-JEAN PETKUS, DONNA M. NOLAN**

# NOTICE OF HEARING

**STEARNS, DJ.**      **OCTOBER 5, 2005**

A HEARING* IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

<u>**THURSDAY, DECEMBER 1, 2005 AT 2:30 P.M.**</u>

**BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.**

    **SO ORDERED.**

                              **RICHARD G. STEARNS**
                              **UNITED STATES DISTRICT JUDGE**

           **BY:**
                **/s/ Mary H. Johnson**
                **Deputy Clerk**

***TO BE HEARD:**  Motion for Summary Judgment (#15).**