UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-12420-RGS

METROPOLITAN LIFE INSURANCE COMPANY

v.

JESSIE JEAN PETKUS AND DONNA M. NOLAN

JUDGMENT.

This action originally came before the court on an Interpleaded action file by Metropolitan Life Insurance Company (Met Life) requesting this court's determination for the distribution of the life insurance proceeds payable because of the death of James J. Petkus (decedent).

Upon a motion, Met Life paid the disputed funds into the court and has been discharged from future liability.

Thereafter, the Defendant, Donna M. Nolan filed a Motion for Summary Judgment, assenting that there was no genuine issue as to any material fact and that she was entitled to judgment as a matter of law. This motion was fully briefed and argued before the court of December 1, 2005. By Memorandum and Order on Defendant Nolan's Motion for Summary Judgment dated December 8, 2005 that Motion was allowed.

Accordingly, judgment hereby enters in favor of Donna M. Nolan as the sole named beneficiary of the disputed funds. The Clerk of this court is hereby ordered to pay out to Donna M. Nolan the remainder of all funds currently held, plus any accumulated interest, payable to Donna M. Nolan.

Dated this __6th__ day of __February__, 2006.

_____
Richard G. Stearns
District Judge.